# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES R. WELCOME,

    Plaintiff,

v.                                  CASE NO. 3:17cv103/MCR/EMT

RICHARD V. SPENCER,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 20, 2018. ECF No. 23. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's converted Motion for Summary Judgment, ECF No. 13, is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, ECF No. 17, is **DENIED**.

4. The clerk is directed to enter judgment in favor of Defendant and close the file.

**DONE AND ORDERED** this 20th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**